# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**John M. Conlon**

Mayer Brown LLP
T: +1 212 506 2592
F: +1 212 849 5992
jconlon@mayerbrown.com

February 19, 2025

<u>VIA ECF</u>

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Blockstream Corporation et al., v. Innosilicon Technology Ltd.*, 25-cv-902, Dkt. No. 7: Order Scheduling an Initial Pretrial Conference

Dear Judge McMahon:

We write on behalf of Petitioners Blockstream Corporation, Thigmotropism LLC, and Adam Back in the above-captioned case. Petitioners respectfully request that the Court adjourn both the Initial Pretrial Conference currently set for April 10, 2025 at 10:45AM, and the parties' March 5, 2025 deadline to complete the Civil Case Management Plan. *See* Dkt. 7. This is Petitioners' first request for adjournment.

Petitioners do not expect to serve Respondent Innosilicon Ltd. in advance of March 5, 2025 or April 10, 2025. Respondent is located in Wuhan, China, and Petitioners will need additional time to complete the international service of process requirements. Petitioners are taking all steps to complete service as promptly as possible, but it remains unlikely that Respondents will be served for several months.

Nevertheless, Petitioners do not believe that the delay in submitting a Civil Case Management Plan will cause undue delay in the adjudication of this case. Petitioners filed this action to seek Confirmation of a Foreign Arbitral Award issued by the Hong Kong International Arbitration Centre. As such, Petitioners do not expect that this action will involve any fact or expert discovery, and no trial should be necessary.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master)
and Tauil & Chequer Advogados (a Brazilian law partnership).

Honorable Colleen McMahon
February 19, 2025
Page 2

Accordingly, we respectfully request that the March 5, 2025 submission deadline and the April 10, 2025 conference be adjourned until Petitioners have served Respondent.

Sincerely,

*/s/John M. Conlon*
John M. Conlon