**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------

BLOCKSTREAM CORPORATION,
THIGMOTROPISM LLC, and
ADAM BACK,

    Petitioners,

  -against-

INNOSILICON TECHNOLOGY LTD,

    Respondent.

------------------------------

**Notice of Appearance**

Civil Action No. 1:25-cv-00902

**Hon. Colleen McMahon**

**PLEASE TAKE NOTICE that** respondent, INNOSILICON TECHNOLOGY LTD, hereby appears by its attorneys, Wiesner Law Firm, P.C., and all further notices, papers and pleadings should be addressed to the undersigned.

Dated:    New York, New York
           July 27, 2025

Yours, etc.

Wiesner Law Firm, P.C.

/s/Neal Wiesner

By: _____
Neal Wiesner
62 William Street - 9th Floor
New York, New York 10005
(212) 732-2225
nwiesner@wiesnerfirm.com