UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2025

BLOCKSTREAM CORPORATION,
THIGMOTROPISM LLC, and ADAM
BACK,

    Petitioners,

v.

INNOSILICON TECHNOLOGY LTD,

    Respondent.

No. 25-cv-00902 (CM)

**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER**

**WHEREAS**, on or about March 24, 2025, Petitioners Blockstream Corporation, Thigmotropism LLC, and Adam Back (the "Petitioners") filed an amended petition (the "Amended Petition") in the above captioned action against Respondent Innosilicon Technology LTD;

**WHEREAS**, on or about June 24, 2025 Petitioners served a copy of the Amended Petition on Respondent at its place of business;

**WHEREAS**, the parties have agreed that informal discovery of Respondent may facilitate resolution of this matter;

**WHEREAS**, no prior request has been requested or received for an extension of time to move, answer or otherwise respond to the Petition;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Petitioners and Respondent, that:

    1.    The time for Respondent to Answer or otherwise respond to the Amended Petition (Dkt. 11) is extended to December 22, 2025;

    2.    Within 7 days of the joint execution of this stipulation, Petitioners will provide Respondent with initial requests for the production of documents (the "Document Requests");

3. Respondent shall, within thirty days of Petitioner's Document Requests, consistent with its obligations under the Federal Rules of Civil Procedure, produce to Petitioners all requested documents, to the extent they exist and are in Respondent's possession, custody, or control;

4. Upon review of Respondent's initial production, Petitioners shall have the right to issue additional document requests ("Additional Document Requests"), and Respondent shall, within thirty days of Petitioner's Additional Document Requests, consistent with its obligations under the Federal Rules of Civil Procedure, produce to Petitioners all requested documents, to the extent they exist and are in Respondent's possession, custody, or control;

5. The parties will negotiate in good faith with respect to any potential depositions or other additional forms of discovery;

6. Respondent otherwise reserves all rights and defenses with respect Petitioners' claims, and by producing documents in response to Petitioner's Document Requests or Additional Document Requests, Respondent has not waived any objections to the admissibility of such documents nor has Respondent waived any objections to the use of such documents in future proceedings or litigation between the parties;

7. With respect to any documents produced pursuant to Document Requests or Additional Document Requests, Petitioners agree to maintain the confidentiality of such documents, and use those documents solely for purposes of enforcing the judgment that is the subject of this litigation;

8. Either party may upon written notice terminate this stipulation, and upon receipt of such notice, Respondent shall have 45 days to answer or otherwise respond to the Petition.

Dated: September 30, 2025
    New York, New York

Respectfully submitted,

/s/ *John M. Conlon*
John M. Conlon
Kevin Brett Weehunt Jr.
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Tel: (212) 506-2500
jconlon@mayerbrown.com
kweehunt@mayerbrown.com

*Attorneys for Petitioners Blockstream Corporation, Thigmotropism LLC, and Adam Back*

Dated: September 30, 2025
    New York, New York

/s/ *Neal Wiesner*
Neal Wiesner
62 William Street - 9th Floor
New York, New York 10005
Tel: (212) 732-2225
nwiesner@wiesnerfirm.com

*Attorney for Respondent Innosilicon Technology LTD*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1 Octbr, 2025
    New York, New York

_____
Hon. Colleen McMahon
U.S.D.J.