**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BLOCKSTREAM CORPORATION,
THIGMOTROPISM LLC, and ADAM
BACK,

                              Petitioners,

        -against-                                                    25 **CIVIL** 902 (CM)

                                                                     **JUDGMENT**

INNOSILICON TECHNOLOGY LTD,

                              Respondent.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated May 26, 2026, the petition to confirm the award is

GRANTED and Respondent's motion is DENIED in all respects. This constitutes the decision

and order of the court. It is a written decision. Judgment is entered for Petitioners GRANTING

the petition; accordingly, the case is closed.

**Dated:** New York, New York

        May 27, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                        **BY:**        K. Mango
                                                _____
                                                        **Deputy Clerk**