**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

| | |
|---|---|
| BLOCKSTREAM CORPORATION, THIGMOTROPISM LLC, and ADAM BACK,<br><br>Petitioners,<br><br>v.<br><br>INNOSILICON TECHNOLOGY LTD,<br><br>Respondent. | Hon. Colleen McMahon<br><br>Civil Action No. 1:25-cv-00902 (CM) |

**~~[PROPOSED]~~ ORDER AND FINAL JUDGMENT**

On May 26, 2026, Judge Colleen McMahon entered a Decision and Order denying Respondent Innosilicon Technology Ltd's ("Innosilicon") Motion to Vacate the Arbitration Award and Dismiss the Petition and moreover granting the Petition to Confirm and Enforce the Arbitration Award filed by Petitioners Blockstream Corporation, Thigmotropism LLC, and Adam Back (collectively, "Petitioners"). *See* Dkt. No. 28.

Accordingly, it is hereby **ORDERED** that Petitioners' Petition is **GRANTED**. It is thus **ORDERED** that a Final Judgment is hereby **ENTERED** in Petitioners' favor in the following amounts, as reflected in the Final Award:

- **$5,875,968.12** to Blockstream Corporation (Final Award ¶ 52(a)(1));
- **$19,225,939.26** to Thigmotropism LLC (Final Award ¶ 52(a)(2));
- **$715,080.96** to Adam Back (Final Award ¶ 52(a)(3)); and

Case 1:25-cv-00902-CM Document 32 Filed 07/09/26 Page 2 of 2

- **$2,336,128.30** for costs of the arbitration (Final Award ¶ 52(b)) plus 8% interest per annum accrued until full payment by the Respondent. Final Award ¶ 52(c). This interest is post-judgment interest.

  The costs of the arbitration and 8% interest per annum accrued to the present date since February 16, 2024 is: $ 2,785,688.99.

**Total:** USD $ 28,602,677.33

Post-judgment interest shall be determined in accordance with 28 U.S.C. § 1961.

**SO ORDERED.**

Colleen McMahon

THE HONORABLE COLLEEN MCMAHON
United States District Judge

Date: July 13, 2026